

# Casie Walker

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

FILED
*October 23, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

October 23, 2015

Third Court of Appeals
via email

Re:    Court of Appeals Number: 03-13-00513-CR
Trail Court Number:  40639

Style:  MARIO ALBERTO RIOJAS-CONTRERAS
v.
The State of Texas

Per TRAP 51.2(a)(1), this letter is to inform you we received the mandate in the above referenced case on October 22, 2015.

Sincerely,

Casie Walker
District Clerk